UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                              RE:    Erik Joseph GINORIO
                                       Docket Number:  2:04CR00032-01
                                       **PERMISSION TO TRAVEL**
                                       **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Mexico.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On April 08, 2005, Erik Joseph Ginorio was sentenced for the offense(s) of 18 USC 371 and 1030(a)(5)(A)(i) and (B)(i) - Conspiracy to Commit Computer Intrusion,  and 18 USC 1030(a)(5)(A)(i) and (B)(i) - Computer Intrusion.

**Sentence imposed:**  3 months custody Bureau of Prisons; 3 years Supervised Release; $29,000 restitution (paid); and $200 special assessment (paid).  Special conditions include financial disclosure, warrantless search, financial restrictions, substance abuse testing and treatment, mental health treatment, and treatment services co-payment.

**Dates and Mode of Travel:**  April 28, 2007, to May 03, 2007, via Alaska Airlines.

**Purpose:**  Family vacation.

**RE:    Erik Joseph GINORIO**
**Docket Number:  2:04CR00032-01**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ Lori V. Clanton

for    **DAYNA D. WARD**
**Senior United States Probation Officer**

**DATED:**    March 22, 2007
Roseville, California
:ddw/cd

**REVIEWED BY:**    /s/ Lori V. Clanton
for **RICHARD A. ERTOLA**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved    X          Disapproved _____

Dated:  April 12, 2007

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2    Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG