PROB12A1                    **UNITED STATES DISTRICT COURT**
                            **EASTERN DISTRICT OF CALIFORNIA**

                         **REPORT OF OFFENDER NON-COMPLIANCE**

| | |
|---|---|
| **Offender Name:** | Erik Joseph GINORIO |
| **Docket Number:** | 2:04CR00032-01 |
| **Offender Address:** | Santa Barbara, California |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 04/08/2005 |
| **Original Offense:** | Count 1: 18 USC 371 and 1030(a)(5)(A)(i) and (B)(i) - Conspiracy to Commit Computer Intrusion (CLASS D FELONY); and Count 2: 18 USC 1030(a)(5)(A)(i) and (B)(i) - Computer Intrusion (CLASS C FELONY) |
| **Original Sentence:** | 3 months custody Bureau of Prisons; 36 months Supervised Release; $29,000 restitution; $200 special assessment |
| **Special Conditions:** | Search; Financial restrictions and disclosure; Correctional treatment, testing, and co-payment services; Mental health treatment; DNA collection |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 09/06/2005 |
| **Assistant U.S. Attorney:** | John K. Vincent          **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Brian J. Peterson (Retained)   **Telephone:** (415) 777-3174 |
| **Other Court Action:** | None |

**RE:    Erik Joseph GINORIO**
       **Docket Number:   2:04CR00032-01**
       **REPORT OF OFFENDER NON-COMPLIANCE**

---

### NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.    ILLICIT DRUG USE (MARIJUANA - JUNE 17, 2008)**

**Details of alleged non-compliance:**  The releasee is currently being supervised by the Central District of California Probation Office.  On June 17, 2008, the releasee submitted a urine sample which tested positive for marijuana.  The releasee was forthright about his drug use, and immediately advised the probation officer his urine sample would be positive for marijuana prior to the sample being submitted to the national testing laboratory.

**United States Probation Officer Plan/Justification:**  The releasee was contrite and accepted responsibility for this violation conduct.  The supervising probation officer has referred the releasee to the most stringent phase of the Central District's outpatient substance abuse treatment and testing program.  With this exception, the releasee is in compliance with all other supervision terms and conditions, including full satisfaction of the restitution order.  The releasee is scheduled to terminate from federal supervision on September 5, 2008.  Based on these above factors, it is recommended that no formal Court action be taken at this time.

RE:     **Erik Joseph GINORIO**
        **Docket Number:   2:04CR00032-01**
        <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>


Respectfully submitted,

/s/ Richard A. Ertola

**RICHARD A. ERTOLA**
**Supervising United States Probation Officer**
Telephone:  (916) 786-2947

**DATED:**    July 2, 2008
              Roseville, California
              rae:cd

---

**THE COURT ORDERS:**

(X)     The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

( )     Submit a Request for Modifying the Conditions or Term of Supervision.

( )     Submit a Request for Warrant or Summons.

( )     Other:

**Dated:  July 2, 2008**

_____
**GARLAND E. BURRELL, JR.**
**United States District Judge**

RE:    Erik Joseph GINORIO
        Docket Number:   2:04CR00032-01
        <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

cc:    United States Probation
       John K. Vincent, Assistant United States Attorney
       Brian J. Petersen, Retained Defense Attorney
       360 Ritch Street, Suite 201
       San Francisco, California 94107